IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAUNTAE TAYLOR,

      Plaintiff,                    No. CIV S-10-2731 GGH P

   vs.

T. VIRGA, et al.,

      Defendants.              ORDER

_____/

       This case was dismissed for plaintiff's failure to state a claim upon which relief may be granted by Order, filed on May 26, 2011, and judgment thereon entered.  After plaintiff, a state prisoner who proceeded pro se and in forma pauperis in the district court, filed a notice of appeal, the Ninth Circuit referred this matter "for the limited purpose of determining whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous on taken in bad faith."

       It is this court's determination that this appeal was not taken in good faith.  As noted in the adopted Findings and Recommendations, filed on April 28, 2011, p. 6, "[t]here is no basis for a claim of an Eighth Amendment violation against defendants for plaintiff's self-confessed and apparently wholly unwarranted aggression toward his cellmates... and plaintiff cannot raise claims on behalf of any party other than himself," citing Halet v. Wend Inv. Co., 672

1

1 | F.2d 1305, 1308 (9th Cir. 1982).

2 |       Accordingly, IT IS ORDERED that the Clerk of the Court is to serve this response to the Ninth Circuit's June 9, 2011, Referral Notice for Appellate Case No. 11-16450, upon the Ninth Circuit.

DATED: June 10, 2011        /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:009
tayl2731.ngf